UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| North American Petroleum Corporation USA, | : | Case No. 10-11707 (CSS) |
| *et al.* | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtor. | | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Bridwell Oil Company**, Attn: Steve Ginnings, P.O. Box 1830, Witchita Falls, TX 76301, Phone: 940-723-4351, Fax: 940-397-0161

2. **Edward K. Kopplow**, 7373 Broadway, Ste. 101, San Antonio, TX 78209, Phone: 210-826-9888

3. **Walter M. Embrey, Jr.**, 1020 NE Loop 410, Ste. 200, San Antonio, TX 78209, Phone: 210-260-4646

ROBERTA A. DEANGELIS
United States Trustee, Region 3

/s/ Mark S. Kenney for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED: June 24, 2010

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Domenic E. Pacitti, Esquire, Phone: (302) 552-5511, Fax: (302) 426-9193