# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTH AMERICAN PETROLEUM<br>CORPORATION USA, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 10-11707 (CSS)<br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors for North American Petroleum Corporation USA and its affiliated debtors (the "Committee"), hereby appears by their proposed counsel, Bifferato Gentilotti LLC and Martin & Drought, P.C.  Such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and facsimile numbers:

| | |
|---|---|
| Garvan F. McDaniel, Esquire<br>Mary E. Augustine, Esquire<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>Telephone:  (302) 429-1900<br>Facsimile: (302) 429-8600<br>Email: gmcdaniel@bglawde.com<br>Email: maugustine@bglawde.com | Mike Colvard, Esquire<br>MARTIN & DROUGHT, P.C<br>30 Covent Street<br>Bank of America Plaza<br>25th Floor<br>San Antonio, TX 78205-3789<br>Telephone: (210) 227-7591<br>Facsimile:  (210) 227-7924<br>Email: mcolvard@mdtlaw.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: North American Petroleum Corporation USA (9766) and Prize Petroleum LLC (2460).  The location of the Debtors corporate headquarters and the Debtors' service address is: 1401 17th Street, Suite 310, Denver, Colorado 80202-1241, Attn: Tucker Franciscus.

Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the Committee's right (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which the Committee is, or may be, entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Committee expressly reserves.

Dated: June 29, 2010                    BIFFERATO GENTILOTTI LLC

                                        /s/ Mary E. Augustine
                                        Garvan F. McDaniel (No. 4167)
                                        Mary E. Augustine (No. 4477)
                                        800 King Street, Plaza Level
                                        Wilmington, DE 19801
                                        Telephone: (302) 429-1900
                                        Facsimile: (302) 429-8600
                                        gmcdaniel@bglawde.com
                                        maugustine@bglawde.com

                                              -and-

MARTIN & DROUGHT, P.C.
Michael G. Colvard, Esquire
30 Covent Street
Bank of America Plaza
25th Floor
San Antonio, TX 78205-3789
Telephone: (210) 227-7591
Facsimile:  (210) 227-7924
mcolvard@mdtlaw.com

Proposed Attorneys for the Official Committee of Unsecured Creditors for North American Petroleum Corporation USA and its Affiliated Debtors